CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Adrian M. Slipski, Esq, SBN 325910
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
adrians@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>      Plaintiff,<br><br>   v.<br><br>**Trinitas Cellars, LLC,** a California Limited Liability Company, dba Trinitas Cellars Winery;<br><br>      Defendants | Case No.: 3:21-cv-9006-WHO<br><br>**Declaration of Mike Silverman in support of Supplemental Brief re: Order on Defendant's Motion to Dismiss** |

-1-

Declaration of Mike Silverman                                                    3:21-cv-9006-WHO

1. I am an internationally certified accessibility compliance investigator. Over the past 16 years, I have conducted approximately eight hundred fifty (850) digital accessibility audits on a combination of consumer facing websites, web-based applications, mobile apps, and PDF documents. In addition, I have extensive working knowledge of the ADA Title III, Section 508 of the Rehabilitation Act, and the Web Content Accessibility Guidelines ("WCAG") 2.0 AA and WCAG 2.1 AA. I am also considered an expert in user experience and have particular expertise in how assistive technologies, and specifically screen readers (e.g., Voiceover, JAWS, NVDA, and Talkback), interpret core web technologies (e.g., HTML5/CSS/JavaScript/WAI-ARIA). I was hired by the Center for Disability Access to investigate the website "http://trinitascellars.com/".

2. On May 30th, 2022, I personally visited the website at "http://trinitascellars.com/".

3. I conducted my investigation using multiple devices, including an Android phone, iOS or iPhone, and a computer using Chrome, Safari and Firefox browsers.

4. I began my investigation by activating "Talkback," the SRS on my Android device and opening "http://trinitascellars.com/" based on the initial complaint of the plaintiff. I also investigated this same website on my iPhone using "Voiceover" which is similar software to the Talkback software. Talkback and Voiceover provide spoken feedback to users. Users access web content by using finger gestures or swiping the screen to navigate to various elements and interact with content on the website and associated webpages.

5. I was able to navigate to different elements on the webpage including the main navigation menu in addition to "wines", "visits", "society", wines", and "tasting kits", "email" input field, and footer text information on the bottom of the webpage.

6. While navigating the website and associated webpages, utilizing both SRS (Talkback and Voiceover) I did not visually observe any color contrast accessibility barriers that were uncovered on the initial accessibility report. Upon further investigation of the

HTML/CSS/JavaScript source code of the website and corresponding webpages, I did not notice any discrepancies related to color contrast accessibility barriers.

7. The word "low contrast" is relevant in this case. Having professionally taught accommodation techniques to help both students and adults who are classified as legally blind access digital information, I have found that these individuals use their vision until their eyes become too fatigued to continue reading content. I have witnessed firsthand how these individuals first use their vision to understand content, then switch to using SRS due to their eyes becoming fatigued and needing the accommodation of SRS.

8. I found accessibility barriers for 40 visual images that the SRS did not accurately interpret.

9. For example, when navigating to the Trinitas Cellars Logo, the expected behavior is for the SRS to read "Trinitas Cellar Logo homepage link." However, the SRS reads "slash link banner comma landmark."

10. Another example is the Facebook icon link and Twitter icon link. The expected behavior is for the SRS to read "Facebook link" and "Twitter link." However, the SRS reads "trinitascellar link" for both Facebook and Twitter.

11. Additionally, there is a visual map of where Trinitas Cellars is located. The expected behavior is for the SRS to interact with the map to provide users with the nearby landmarks visually displayed on the map including "Olive & Hay" and "Scenic Overview." However, the SRS skipped over the map not interpreting it to the user.

12. In the examples above, without proper text equivalents to describe visual images, users utilizing SRS are unable to successfully understand and interpret the visual content that is being displayed on the website and corresponding webpages.

13. Upon further investigation of the HTML/CSS/JavaScript source code of the website and corresponding webpages regarding the 40 accessibility barriers related to visual images, I observed that accessibility attributes were absent and/or not implemented correctly thus creating access barriers at many different access points across the entire website.

14. Additionally, I found 40 accessibility barriers for interface components that did not include programmatic information (name, state, role) that clearly describes the purpose, or function that is compatible with SRS.

15. For example, on the events webpage of the "http://trinitascellars.com/" website there is a calendar in which users can choose a date on the calendar to see the events taking place that day. When selecting Saturday June 4, 2022 the expected behavior is for the SRS to read "Saturday June 4 2022 selected." However, the SRS reads "4 row 4 column 6."

16. Another example is selecting Tuesday June 21, 2022. The expected behavior is for the SRS to read "Saturday June 21, 2022 selected". However the SRS reads "21 row 7 column 2." In these examples the SRS user will have no idea what date special events occur on because of the accessibility barriers of the calendar.

17. Upon further investigation of the HTML/CSS/JavaScript source code of the 40 accessibility barriers regarding the calendar, I observed that accessibility attributes were absent and/or not implemented correctly thus creating an additional 100 accessibility access barriers.

18. During my investigation I took several screenshots of the various pages of the website. Attached as Exhibit 1 are true and correct copies of those screenshots.

19. In my opinion, it would not involve much difficulty or expense to bring this inaccessible website into compliance with WCAG AA standards. I think it is easy for the owner or operator of the website to bring this website into compliance because accessibility resources are freely available. Anyone who has the knowledge to build a website can easily implement the accessibility standards to achieve an accessible website.

Dated: June 2, 2022

By: *Michael Silverman*
115A673248CD5DE857DBBEEF62F7FE7D

Mike Silverman, M.Ed., CPACC

Expert for Plaintiff