CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Adrian M. Slipski, Esq, SBN 325910
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
adrians@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>　　Plaintiff,<br><br>v.<br><br>**Trinitas Cellars, LLC,** a California Limited Liability Company, dba Trinitas Cellars Winery;<br><br>　　Defendants | Case No.: 3:21-cv-9006-WHO<br><br>**Declaration of Andres Gomez in Support of Plaintiff's Supplemental Brief re: Order on Defendant's Motion to Dismiss** |

1. I am the plaintiff in this matter, and, based on my own experience and knowledge, I can competently testify to the following:

2. I am substantially limited in my ability to see. I have a visual acuity of less than 20/200. Therefore, I consider myself "visually-impaired" or "blind" and I understand that I meet the definition of those terms.

3. I rely on screen reader software ("SRS") to access the internet and read internet content on my computer and mobile devices. I am proficient at using SRS and cannot use a computer without the assistance of SRS.

4. On March 17, 2021, I visited the website for Trinitas Cellars, which had a URL of https://www.trinitascellars.com ("Website").

5. I visited the Website again on March 20, 2021 and August 2, 2021.

6. In March of 2021, when I visited the website, I was in California and was making plans to visit family in Northern California.

7. As part of this visit, I wanted to attend a wine tasting, and I identified Trinitas Cellars Winery as a location I was interested in.

8. I visited the Website to learn about Trinitas Cellars Winery and what set it apart from other wineries.

9. However, when I attempted to navigate the Website, I encountered accessibility design faults that prevented me from navigating the site successfully using SRS.

10. For example, images on the Website were not readable by SRS, preventing me from having full access to the Website's main menu, social media links, and other information about the winery.

11. Additionally, SRS could not read the "Wines," "Contact Us," and "Visit us" menu items on the website.

12. Because of all these issues, I was unable to meaningfully use the Website on my computer and mobile device, despite multiple attempts.

13. As a result of my experience with the Website, and my uncertainty about the existence of other barriers on the site, I have been deterred from returning to the Website and patronizing Trinitas Cellars. If the barriers are not removed, I will face these unlawful and discriminatory barriers again

14. I am a tester in this litigation and seek to have the Website brought into compliance with disability access laws, and consistently maintained in compliance with disability access laws in the future.

15. Once it is represented to me that the Website, and Trinitas Cellars's facilities, are accessible I will visit the Website again to obtain information about the goods and services the business has to offer. I will also return to assess the Website's compliance with disability access laws.

16. I declare, under the penalty of perjury in the State of California, that the foregoing is true and accurate.

Dated: June 2, 2022

By: *Andres Gomez*
9AE8FDA50EF78ABB21B35680A30A75A9  readysign

Andres Gomez