Exhibit 1 to Declaration of Mike Silverman

# Trinitas Cellars

## Updated Accessibility Audit

5/30/2022

**Name of website:**

Trinitas Cellars (https://trinitascellars.com/)

**Website description:**
Trinitas Cellars is located in Napa, California. Potential customers can obtain information about wine, tastings, and events in addition to browsing the menu online to order various wines on a mobile device.

**Notes:**
The purpose of this report is to document the ADA website compliance of the Trinitas Cellars website according to the Web Content Accessibility Guidelines (WCAG) 2.0 AA.

A comprehensive accessibility testing approach was conducted to ensure that users with disabilities can successfully understand, interpret, and operate the Trinitas Cellars website and associated web pages successfully.

**Testing tools used:**
- Environment: Android phone, iPhone
- Browsers: Chrome, Safari
- Assistive technology: Voiceover (iOS), Talkback (Android)
- Other: Color Contrast, Reading Order, Focus, Chrome/Safari code level inspection

Page A

# Testing Results

# Web Content Accessibility Guidelines (WCAG) 2.0 AA Violations

1.1.1

1.4.3

2.1.1

4.1.2

| Total Number of Violations |
| :---: |
| 163 |

Initial report 2021

1.1.1

4.1.2

| Total Number of Violations |
| :---: |
| 80 |

5/30/22

Page C

## **Description of Accessibility Violations**

<u>WCAG 2.0 AA 1.1.1:</u>
Non-text content (Images, graphs, icons, links, figures, etc) that are presented to users must have a text alternative that accurately represents the visual content that is displayed.

<u>Impact of violation:</u>
Users with disabilities accessing the "Trinitas Cellars" website via mobile device may rely on screen reading software (SRS) to perceive visual content. Without proper text equivalents to describe visual content, users will be unable to successfully understand and interpret the non-text content.

| **Number of Violations** |
| --- |
| 40 |

Page D

# **Description of Accessibility Violations**

<u>WCAG 2.0 AA 4.1.2:</u>
User Interface components must include programmatic information (name, state, role) and or discernible text that clearly describes purpose, function, or action that is compatible with assistive technologies.

<u>Impact of barrier:</u>
Users with disabilities accessing the "Trinitas Cellars" website via mobile device may rely on assistive technologies to understand interface components. Without accurate programmatic information and or discernible text, SRS users will encounter unpredictable functionality of components/behaviors and be unable to successfully navigate or complete required tasks.

| **Number of Violations** |
| --- |
| 40 |

# Documentation of Current Violations (Mobile environment)





Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 1 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 1





Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 2 | Facebook logo icon | SRS reads "trinitascellars link". Users cannot interpret visual content. | 1.1.1 |
| 3 | Instagram logo icon | SRS reads "trinitascellars link". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)





Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 4 | Profile logo icon | SRS reads "index period cfn link". Users cannot interpret visual content. | 1.1.1 |
| 5 | Add to cart logo icon | SRS reads "index period cfn link". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 3













Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 6 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 4













Initial report 2021                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 7 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



Initial report 2021                     5/30/22

**No accessibility violations as of 5/30/22**      (Mobile environment)



Initial report 2021                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)







WELCOME TO THE

WELCOME TO THE

Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 8 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



Initial report 2021                    5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



## 12 BOTTLE CLUB



### PROPRIETOR'S SELECTION

Receive wines from the coveted Family Collection, and other rare library vintages. This is a 12-bottle selection that is shipped to you three times per year. Be part of the family and enjoy events and benefits exclusive to Proprietors' Selection members. Added benefits include complimentary

Initial report 2021

## 12 BOTTLE CLUB



### PROPRIETOR'S SELECTION

Receive wines from the coveted Family Collection, and other rare library vintages. This is a 12-bottle selection that is shipped to you three times per year. Be part of the family and enjoy events and benefits exclusive to Proprietors' Selection members. Added benefits include complimentary

5/30/22

**No accessibility violations as of 5/30/22**          (Mobile environment)





Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 9 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 11





Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 10 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



Initial report 2021                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)



Initial report 2021                                              5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)



Initial report 2021                                                5/30/22

**No accessibility violations as of 5/30/22**                        (Mobile environment)



Initial report 2021                                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)

Page 16



Initial report 2021                                                5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 18



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 19



Initial report 2021                                    5/30/22

**No accessibility violations as of 5/30/22**                (Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 21



Initial report 2021                                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)

Page 22



**Not found on website.**

Initial report 2021                                                5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)



**Not found on website.**

Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 24







Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 11 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)







Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 12 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 32



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 33



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 34







Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 13 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



Initial report 2021                                                5/30/22

**No accessibility violations as of 5/30/22**                          (Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021                                                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)

Page 38



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 40



14





Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 14 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 41

Family, corporate, or social.

- Once you know you'd like to invite, select a tasting kit below or pick any wine(s) from our current releases to create your own. Guest minimums do apply for each kit. Each minimum for our pre-built kits is listed on this store page.
- Contact our Certified Sommelier, Sean Haarberg to arrange expected group size, tasting format, and scheduling. Sean will be able to host your virtual tasting for 1 hour.
- Share your event invite and tasting kit with your guests. Once the group finalizes, and each guest has purchased their kit, share the guest list with Sean so he can finalize the event.
- Sean will then send out a Zoom invitation to all of your guests.
- When the time comes, simply join the Zoom event to connect in place with your guests while you all savor your wine!

**Private virtual wine kits are completely customizable and you can build your own with Sean. Minimum guest or bottle counts apply.** If you have any questions, email Sean Haarberg! He'd love to hear from you. Here's to connecting in place!

Initial report 2021

---

gathering. Family, corporate, or social.

- Once you know who you'd like to invite, select a tasting kit below or pick any wine(s) from our current releases to create your own. Guest minimums do apply for each kit. Each minimum for our pre-built kits is listed on this store page.
- Contact our Certified Sommelier, Sean Haarberg to arrange expected group size, tasting format, and scheduling. Sean will be able to host your virtual tasting for 1 hour.
- Share your event invite and tasting kit with your guests. Once the group finalizes, and each guest has purchased their kit, share the guest list with Sean so he can finalize the event.
- Sean will then send out a Zoom invitation to all of your guests.
- When the time comes, simply join the Zoom event to connect in place with your guests while you all savor your wine!

**Private virtual wine kits are completely customizable and you can build your own with Sean. Minimum guest or bottle counts apply.** If you have any questions, email Sean Haarberg! He'd love to hear from you. Here's to connecting in place!

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 42





Initial report 2021

15



**COVID Notice** – *Our guest's health and wellness is our top priority, so our tasting room could close last minute if any of our employees test positive for COVID-19. In which case, our concierge team will immediately reach out to cancel/reschedule your reservation. We apologize for any inconvenience this may cause.*

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 15 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 43



Open Hours: 11AM - 6PM Daily - Last reservations at 5PM

We are fully open for outdoor and indoor seated tastings, bottle purchases, and merchandise sales.

**Tasting Flight, By The Glass, & Bottle Menu**

Reservations are required for seated tastings. Maximum party size is 6 guests (children count toward party size). Click the CellarPass icon below to book your visit.

**Private Food Pairing Flight**

Indulge in a culinary tasting of 4 Trinitas wines paired with 4 gourmet bites, from the comfort of one of our private tasting rooms. This limited experience is only available Thursday through Sunday, at 11AM or 2PM. Click **here** to view the food pairing menu. **Book using the CellarPass icon below.**

RESERVE

cellarpass

Contact Us at 1 (888) 983-8414 or info@trinitascellars.com

Initial report 2021                                                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)

Page 44







**Social Lounge**

**Social Lounge**

Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 16 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 45



Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 17 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 18 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)



trinitascellars

Our favorite fall color? Red! 🍷 And if you love a good red as much as we do, you need to try our 2015 Cabernet Franc. This decadent wine gushes with flavors of blackberry, plum, cardamom, and berry blossoms. Cheers! Link in bio to purchase.

**Not found on website.**

Initial report 2021                    5/30/22

**No accessibility violations as of 5/30/22**                    (Mobile environment)



Initial report 2021



5/30/22

(Mobile environment)

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 19 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 20 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 21 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 22 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |





Initial report 2021                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 23 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 24 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)





Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 25 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 26 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 50



Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 27 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 28 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 51



Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 29 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 30 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 52







31  32



Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 31 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 32 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 53





Initial report 2021                                5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 33 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 34 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)





35    36

Initial report 2021                                    5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 35 | Facebook logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |
| 36 | Twitter logo icon | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 55







Initial report 2021                              5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 37 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 56





Initial report 2021

5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 38 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

Page 57



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



**Michigan** - Woodberry Wines
71 Park Street
Troy, MI 48083
Phone: (248) 528-9463
www.woodberrywine.com

**Nevada** - Epic Wine & Spirits
Cork Distributors (Epic)
1701 Village Center Circle
Las Vegas, NV 89134
info@corklv.com

**Texas** - Flora and Fauna Imports
1915 Peters Road, Suite 303
Irving, TX 75061
Phone: (214) 697-1282
brooks@floraandfaunaimports.com

Direct to Retail orders may be placed through
your sales manager or
email **wholesale@trinitascellars.com**.

To find our wines in your area, email
Kasey.Hills@trinitascellars.com

Business Credit Application Form

Buyers Guide and Sustainable Winemaking
Practice Leaflet

Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 59







Initial report 2021                                        5/30/22

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 39 | Trinitas Cellars logo icon | SRS reads "slash link banner comma landmark". Users cannot interpret visual content. | 1.1.1 |

(Mobile environment)

**Sales Representative - 3 Positions - Orange County | Los Angeles | Northern California**

Click here to apply to the Orange County position opening

Click here to apply to the Los Angeles position opening

Click here to apply to the Northern California position opening

**Not found on website.**

Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Page 61

## Tasting Room Associate | Napa

Click this link to apply.

Purpose:

Responsible for generating wines sales, club memberships and customer data collection via hospitality, education and sales presentations to winery and hotel guests.  Working in partnership with co-workers and management to develop memorable guest experiences and meet or exceed sales revenue and membership goals. Perform duties in accordance with The Meritage Resort at Napa and Trinitas Cellars standards.

Responsibilities:   To include but not limited to the assigned duties:

- **Exceed guest expectations.**
- Read, understand and adhere to the employee handbook.
- Read, understand and adhere to the safety manual.
- Must have consistent communication with the Trinitas Tasting Room Manager

Initial report 2021

## Tasting Room Associate | Napa

Click this link to apply.

**Who We Are:**

Trinitas Cellars @ The Meritage Resort & Spa

Trinitas Cellars was born in 2002 from the guiding belief of the Busch Family that with family, faith, and perseverance, anything is possible. These values have illuminated their path to, and successes within, world-class resort hospitality. An industry where success is measured by the happiness and memories you inspire in others. With Trinitas Cellars, the second generation of the family hopes to inspire the same in wine enthusiasts. Our goal is to craft wine that's so compellingly delicious, that the joy it brings creates a window in time where worries are melted away, virtues are celebrated, and life is savored.

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021                          5/30/22

**No accessibility violations as of 5/30/22**        (Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)



Initial report 2021

5/30/22

**No accessibility violations as of 5/30/22**

(Mobile environment)

Additional Violations
(Mobile environment)

We're situated at the southern tip of the Napa Valley at the crossroads of Highway 29 and Highway 221, just a few minutes from the celebrated Carneros wine growing region that connects Napa and Sonoma Counties.

**Parking is shared with Vista Collina Resort**. There is plenty of available parking, and an electric vehicle charging station is also available on site.



40

| Defect # | Description | Impact of Barrier | WCAG violation |
|----------|-------------|-------------------|----------------|
| 40 | Map of Trinitas Cellars | SRS does not read. Users cannot interpret visual content. | 1.1.1 |

5/30/22

(Mobile environment)





**Vista Collina Resort** 850 Bordeaux Way, Suite 1, Napa, CA

41-45

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 41 | Wednesday June 1 | SRS reads "1 row 4 column 3", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 42 | Thursday June 2 | SRS reads "2 row 4 column 4", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 43 | Friday June 3 | SRS reads "3 row 4 column 5", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 44 | Saturday June 4 | SRS reads "4 row 4 column 6", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 45 | Sunday June 5 | SRS reads "5 row 4 column 7", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |

5/30/22

(Mobile environment)



# EVENTS

6/1/2022 onwards ^      🔍 ▦

| < | | | June 2022 | | | > |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
| | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

46-52

Vista Collina Resort 850 Bordeaux Way, Suite 1, Napa, CA

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 46 | Monday June 6 | SRS reads "6 row 5 column 1", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 47 | Tuesday June 7 | SRS reads "7 row 5 column 2", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 48 | Wednesday June 8 | SRS reads "8 row 5 column 3", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 49 | Thursday June 9 | SRS reads "9 row 5 column 4", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 50 | Friday June 10 | SRS reads "10 row 5 column 5", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 51 | Saturday June 11 | SRS reads "11 row 5 column 6", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 52 | Sunday June 12 | SRS reads "12 row 5 column 7", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |

5/30/22

(Mobile environment)



**EVENTS**

6/1/2022 onwards ^     🔍 ▦

|  | June 2022 | | | | | |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
|  | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

53-59

**Vista Collina Resort** 850 Bordeaux Way, Suite 1, Napa, CA

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 53 | Monday June 13 | SRS reads "13 row 6 column 1", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 54 | Tuesday June 14 | SRS reads "14 row 6 column 2", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 55 | Wednesday June 15 | SRS reads "15 row 6 column 3", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 56 | Thursday June 16 | SRS reads "16 row 6 column 4", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 57 | Friday June 17 | SRS reads "17 row 6 column 5", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 58 | Saturday June 18 | SRS reads "18 row 6 column 6", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 59 | Sunday June 19 | SRS reads "19 row 6 column 7", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |

5/30/22

(Mobile environment)

Page 71



**6/1/2022 onwards** ⌃   🔍 ▦

| < | | June 2022 | | | | > |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
| | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

60-66

**Vista Collina Resort** 850 Bordeaux Way, Suite 1, Napa, CA

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 60 | Monday June 20 | SRS reads "20 row 7 column 1", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 61 | Tuesday June 21 | SRS reads "21 row 7 column 2", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 62 | Wednesday June 22 | SRS reads "22 row 7 column 3", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 63 | Thursday June 23 | SRS reads "23 row 7 column 4", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 64 | Friday June 24 | SRS reads "24 row 7 column 5", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 65 | Saturday June 25 | SRS reads "25 row 7 column 6", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 66 | Sunday June 26 | SRS reads "26 row 7 column 7", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |

5/30/22

(Mobile environment)



**6/1/2022 onwards** ^     🔍 ▦

| | | | | | | |
|---|---|---|---|---|---|---|
| **M** | **T** | **W** | **T** | **F** | **S** | **S** |
| | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

67-73

**Vista Collina Resort** 850 Bordeaux Way, Suite 1, Napa, CA

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 67 | Monday June 27 | SRS reads "27 row 8 column 1", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 68 | Tuesday June 28 | SRS reads "28 row 8 column 2", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 69 | Wednesday June 29 | SRS reads "29 row 8 column 3", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 70 | Thursday June 30 | SRS reads "30 row 8 column 4", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 71 | Friday July 1 | SRS reads "1 row 8 column 5", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 72 | Saturday July 2 | SRS reads "2 row 8 column 6", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 73 | Sunday July 3 | SRS reads "3 row 8 column 7", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |

5/30/22

(Mobile environment)



# EVENTS

6/1/2022 onwards ^          🔍 ▦

| ‹ | | June 2022 | | | | › |
|---|---|---|---|---|---|---|
| M | T | W | T | F | S | S |
| | 31 | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

**74-80**

**Vista Collina Resort** 850 Bordeaux Way, Suite 1, Napa, CA

| Defect # | Description | Impact of Barrier | WCAG violation |
|---|---|---|---|
| 74 | Monday July 4 | SRS reads "4 row 9 column 1", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 75 | Tuesday July 5 | SRS reads "5 row 9 column 2", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 76 | Wednesday July 6 | SRS reads "6 row 9 column 3", but does not announce the day of the week. Users will not know what day has been selected. | 4.1.2 |
| 77 | Thursday July 7 | SRS reads "7 row 9 column 4", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 78 | Friday July 8 | SRS reads "8 row 9 column 5", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 79 | Saturday July 9 | SRS reads "9 row 9 column 6", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |
| 80 | Sunday July 10 | SRS reads "10 row 9 column 7", but does not announce the day of the week. Users will not know what day has been selected | 4.1.2 |

5/30/22

(Mobile environment)