# PROOF OF SERVICE
## Gomez v. Trinitas Cellars, LLC.
## 3:21-cv-9006-WHO

I, the undersigned, am over the age of eighteen years and am resident of Friendswood, Texas; I am not a party to the above-entitled action; My business address is 100 Pine St Ste 1250 San Francisco, CA 94111

On June 2, 2022 I served the following document(s):

- **Plaintiff's Supplemental Brief on Order re: Defendant's Motion to Dismiss**
- **Declaration of Milk Silverman In support of Supplemental Brief on Order re: Defendant's Motion to Dismiss**
- **Declaration of Andres Gomez In support of Supplemental Brief on Order re: Defendant's Motion to Dismiss**
- **Exhibit 1**

Addressed to:

> **Philip H. Stillman**
> **STILLMAN & ASSOCIATES**
> **3015 North Bay Road, Suite B**
> **Miami Beach, Florida 33140**

☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Friendswood, Texas.

☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box in Friendswood, Texas.

☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients Via ASAP Legal Services.

☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and or subsequently emailed to the above recipients.

Executed on June 2, 2022, from Friendswood, Texas.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

PROOF OF SERVICE

_____
Shabna Adnan